# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Al Musairie Trading & Contracting Co. | ) | ASBCA No. 59030 |
| | ) | |
| Under Contract No. N33191-13-D-0855 | ) | |

APPEARANCE FOR THE APPELLANT:     Cynthia Malyszek, Esq.
  Malyszek & Malyszek
  Chino Hills, CA

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  Genifer M. Tarkowski, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 April 2015

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59030, Appeal of Musairie Trading & Contracting Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals